In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-466 CV


____________________



IN RE WESLEY MILLER






Original Proceeding






 MEMORANDUM OPINION 


 The relator filed a petition for writ of mandamus to compel the trial court to vacate
an order granting a motion for camera access to trial proceedings. One of the real parties in
interest, CBS Broadcasting, Inc., through 48 Hours subsequently suggested that the issues
raised in the petition for writ of mandamus have been mooted by subsequent developments
in the trial court. The relator did not object to the suggestion of mootness. Accordingly, our
stay order of October 20, 2006 is vacated and the petition for writ of mandamus is denied
without reference to the merits of the issues presented in the petition.

 WRIT DENIED.

 PER CURIAM

Opinion Delivered November 9, 2006

Before McKeithen, C.J., Kreger and Horton, JJ.